## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

**RYAN CARABOOLAD**, individually on behalf of all others similarly situated,

Plaintiff,

v.

**H&I FITNESS, LTD.**,

Defendant.

Case no. 3:21-cv-03120-SEM-TSH

## STIPULATION OF DISMISSAL

Plaintiff Ryan Caraboolad and Defendant H&I Fitness, Ltd. hereby stipulate to the

dismissal of this action with prejudice as to the Plaintiff's individual claims and without

prejudice as to any other member of the putative class's right to bring claims, with each party to

bear its own attorneys' fees and costs.

March 30, 2022.

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
kaufman@kaufmanpa.com

*Attorney for Plaintiff and the putative Class*

HEPLERBROOM LLC
By: */s/ Troy A. Bozarth (with consent)*
Troy A. Bozarth, No. 6236748
tab@heplerbroom.com
P.O. Box 510
130 North Main Street
Edwardsville, IL 62025
618-656-0184/ 618-656-1364 fax

*Attorneys for H&I Fitness, Ltd.*